NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PATRICK EDWARDS,**

*Petitioner*

**v.**

**DEPARTMENT OF THE NAVY,**

*Respondent*

---

2022-1799

---

Petition for review of the Merit Systems Protection Board in No. DC-3330-21-0525-I-1.

---

## O R D E R

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52 (a) (1) and to file the required Statement Concerning Discrimination, it is

2                                                    EDWARDS V. NAVY

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

FOR THE COURT

July 15, 2022
    Date                         /s/ Peter R. Marksteiner
                                 Peter R. Marksteiner
                                 Clerk of Court

**ISSUED AS A MANDATE:** July 15, 2022